**Sworn Record filed April 5, 2022, Stricken and Order filed April 14, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00223-CV**
_____

**KLEIN INDEPENDENT SCHOOL DISTRICT, Appellant**

**V.**

**JOHN WARDLAW, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-23508**

---

## ORDER

Appellant has filed sworn and uncontroverted copies of the original papers in lieu of a clerk's record. *See* Tex. R. App. P. 28.1(e). The sworn record is not electronically bookmarked and does not have page numbering starting on the front cover that continues to number all pages consecutively until the final page.

On our own motion, we strike the sworn record filed April 5, 2022, and order appellant to file a record that is electronically bookmarked and has page numbering starting on the front cover that continues to number all pages consecutively until the final page. The record is to be filed within **ten days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Poissant and Wilson.